THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* HARRIS MASON BRYANT, Defendant-Appellant.

(No. 73-286;

Fifth District—April 4, 1975.

Opinion by Mr. JUSTICE KARNS.

Paul Bradley and Brenda E. Richey, both of State Appellate Defender's Office, of Chicago, for appellant.

Michael J. Henshaw, State's Attorney, of Harrisburg, for the People.

THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* ROBERT DAVIS, Defendant-Appellant.

(No. 58264;

First District (2nd Division)—March 31, 1975.